In the Matter of the Claim of MICHAEL SABATELLI
against VITO DE ROBERTIS et al., Respondents.

STATE INDUSTRIAL COMMISSION, Appellant.

*Workmen's Compensation Law — workmen engaged in hazardous
occupation, sent by employer to police station to arrange for bail for
third party, injured through being pushed down stairs by policeman —
claim dismissed on ground injury did not arise out of and in course of
employment.*

*Sabatelli* v. *De Robertis*, 192 App. Div. 873, affirmed.

(Argued January 10, 1921; decided January 25, 1921.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
July 9, 1920, reversing an award of the state industrial
commission made under the Workmen's Compensation
Law and directing a dismissal of the claim. The claimant
was manager and salesman in a pastry, ice cream and
confectionery store at 176 First avenue, New York city;
next door was a saloon in which the employer had an
interest. One Loblino was arrested at the place for

carrying a concealed weapon. The claimant's employer furnished a man to go upon his bail bond, and sent claimant to the police station to see if the bail offered would be accepted; the bondsman offered was accepted, and the defendant with the bondsman and officer went upstairs, presumably, to execute the papers. Claimant, after waiting for them to come downstairs so that he could ride back to his work in the automobile in which he came to the station, went upstairs to see what caused the delay; at or near the head of the stairs an officer pushed him so that he fell downstairs and broke his leg. The industrial commission awarded claimant compensation. The Appellate Division held that the accident did not arise out of and in the course of claimant's employment, nor was the service, as designated, hazardous.

*Charles D. Newton*, Attorney-General (*E. C. Aiken* of counsel), for appellant.

*Joseph Force Crater* and *Alfred W. Meldon* for respondents.

Order affirmed, with costs against the state industrial commission; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.